■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER NENNI, Appellant. [689 NYS2d 912] —Case held, decision reserved and matter remitted to Orleans County Court for further proceedings in accordance with the following Memorandum: County Court erred in denying defendant's suppression motion without conducting a hearing. Defendant's omnibus motion, which was argued before a different Judge, contained sworn statements that the evidence seized should be suppressed because the police lacked probable cause to stop the vehicle in which he was a passenger. The People denied defendant's allegations and indicated that they were prepared to proceed with a hearing (*see,* CPL 710.60 [3], [4]; *People v Youngblood,* 210 AD2d 948). The Judge before whom the motion was argued orally granted defendant's request for a hear-

ing, and thus his decision constitutes the law of the case (*see, People v Broome,* 151 AD2d 995; *People v Johnson,* 131 AD2d 696, 697, *lv denied* 70 NY2d 713). In any event, the successor Judge, who was not present for oral argument, was precluded from deciding the motion (*see,* Judiciary Law § 21; *People v Cameron,* 194 AD2d 438; *People v Hooper,* 22 AD2d 1006). Furthermore, the court erred in relying on the Grand Jury minutes in determining that a hearing was not necessary (*see, People v Letts,* 156 AD2d 868, 869). We therefore hold the case, reserve decision and remit the matter to Orleans County Court for a suppression hearing. (Appeal from Judgment of Orleans County Court, Hannigan, J.—Robbery, 2nd Degree.) Present— Green, J. P., Lawton, Pigott, Jr., Scudder and Balio, JJ.